# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00289-CV

**Ann Kitchen, Debra Danburg, Danny Duncan, Paul Clayton and Mike Head, Appellants**

**v.**

**Texas Association of Business d/b/a Texas Association of Business
& Chambers of Commerce et al., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-02-004224, HONORABLE JOSEPH H. HART, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss the appeal, explaining that they have, to their satisfaction, settled their claims and no longer wish to pursue the appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellants' Motion

Filed: September 19, 2008